Frank J. Morales, ABA 0810059
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Ave Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@bcmjlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ALASKA PIPE TRADES U.A. LOCAL 367 HEALTH & SECURITY TRUST FUND, ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN, U.A. LOCALS NO. 375 AND 367 SUPPLEMENTAL PENSION TRUST FUND, ANCHORAGE ALASKA AREA PIPE TRADES 367 JOINT APPRENTICESHIP TRAINING FUND, and PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, <br><br>           Plaintiffs, <br>      v. <br><br>LIVING WATERS PLUMBING & MECHANICAL, LLC, an Alaska limited liability company, AK Entity No. 10044831, <br><br>           Defendant. | NO. <br><br>COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT AND ERISA |

For their complaint, plaintiffs allege as follows:

### I.  PARTIES AND JURISDICTION

*Boards of Trustees of the Alaska Pipe Trades, et al.*
*v. Living Waters Plumbing & Mechanical, LLC* - Page 1
8600 042 de26v5011t

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:20-cv-00216-HRH   Document 1   Filed 09/03/20   Page 1 of 5

1. Plaintiffs are the Boards of Trustees of the Alaska Pipe Trades U.A. Local 367 Health & Security Trust Fund, Alaska Plumbing And Pipefitting Industry Pension Plan, U.A. Locals No. 375 and 367 Supplemental Pension Trust Fund, Anchorage Alaska Area Pipe Trades 367 Joint Apprenticeship Training Fund, and Plumbers And Pipefitters National Pension Fund (collectively "Trust Funds").

2. The Trust Funds are joint labor-management funds created pursuant to Section 302(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c), and the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*. as amended ("ERISA").

3. Defendant Living Waters Plumbing & Mechanical, LLC ("Living Waters") is an Alaska limited liability company engaged in the business of plumbing, heating, and air-conditioning work in Alaska with its principal offices located at 5630 Silverado Way, Unit 9, Anchorage, Alaska 99518.

4. Living Waters is engaged in business within the jurisdiction of this court, and such business affects commerce within the meaning of Section 301(a) of the LMRA.

5. Jurisdiction is conferred on this court by Section 502 ERISA, 29 U.S.C. § 1132.

6. Venue lies in the United States District Court for the District of Alaska at Anchorage under ERISA § 502(e)(2), 29 U.S.C. §1132(e)(2).

**II.    FIRST CLAIM FOR RELIEF: DELINQUENT CONTRIBUTIONS**

7. United Association Local 367 ("Local 367") is an employee organization as the term is defined by LMRA and ERISA located in the State of Alaska. Local 367 is the

*Boards of Trustees of the Alaska Pipe Trades, et al.*
*v. Living Waters Plumbing & Mechanical, LLC* - Page 2
8600 042 de26v5011t

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:20-cv-00216-HRH   Document 1   Filed 09/03/20   Page 2 of 5

exclusive collective bargaining representative for certain employees of Living Waters working in the State of Alaska.

8. At all material times, Living Waters has been signatory to a collective bargaining agreement ("CBA") with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, and its affiliated Local, Local 367, which incorporates by reference the Trust Funds' Trust Agreements.

9. The CBA and Trust Agreements require Living Waters to make employee benefit contributions and other payments to the Trust Funds and Local 367 pursuant to the terms and conditions set forth in the CBA and the Trust Agreements.

10. At no time has Living Waters attempted to withdraw from or terminate its CBA.

11. Since December 2019, Living Waters has failed and refuses to timely make the required monthly contributions to the Trust Funds for work performed by employees covered by the CBA and Trust Agreements.

12. Living Waters owes $14,323.30 in employee benefit contributions for the delinquent month of December 2019.

13. Living Waters owes an unknown amount in employee benefit contributions for August 2019 through current. The total amount will be proven on motions or at trial.

14. Under the terms of the Trust Agreements creating the Trust Funds, the CBA, and ERISA, Living Waters is obligated to pay liquidated damages, interest, reasonable

*Boards of Trustees of the Alaska Pipe Trades, et al.*
*v. Living Waters Plumbing & Mechanical, LLC* - Page 3
8600 042 de26v5011t

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:20-cv-00216-HRH   Document 1   Filed 09/03/20   Page 3 of 5

attorney's fees and costs and expenses of suit as a result of its failure to pay the required employee benefit contributions in a timely manner.

15. Living Waters owes $6,087.13 in liquidated damages, $1,669.86 in interest (calculated through September 1, 2020), and $375.00 in attorney fees for the delinquent months of December 2019, February, March, April, and May 2020.

16. Living Waters owes an unknown amount of liquidated damages, interest, and attorney fees for August 2020 through current. The total amount owed will be proven on motions or at trial.

17. As required by AS 08.18.081 and concurrent with this complaint, the Trust Funds have filed an action in District Court for the State of Alaska Third Judicial District at Anchorage, to collect the amounts owed by Living Waters from its contractor's bond.

WHEREFORE, the Trust Funds pray for judgment as follows:

(a) Against Living Waters Plumbing & Mechanical, LLC for the full amount of contributions found to be owing to the Trust Funds to the date of the judgment herein;

////

////

////

////

*Boards of Trustees of the Alaska Pipe Trades, et al.*
*v. Living Waters Plumbing & Mechanical, LLC* - Page 4
8600 042 de26v5011t

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

(b) Against Living Waters Plumbing & Mechanical, LLC all for liquidated damages, interest, reasonable attorneys' fees, and costs and expenses of suit; and

(c) For such other and further relief as this Court deems just and equitable.

DATED this 3rd day of September, 2020.

    /s/ Frank J. Morales
Frank J. Morales, ABA #0810059
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

*Boards of Trustees of the Alaska Pipe Trades, et al.*
*v. Living Waters Plumbing & Mechanical, LLC* - Page 5
8600 042 de26v5011t

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:20-cv-00216-HRH   Document 1   Filed 09/03/20   Page 5 of 5